427 A.2d 1229

Commonwealth v. Price, Appellant.

Submitted September 13, 1979.   Arthur J. King, Assistant Public De-

* Justice Rolf Larsen of the Supreme Court of Pennsylvania and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

* Judge Donald E. Wieand is sitting by special designation.

638

fender, for appellant; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower court is hereby affirmed.